IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02617-PAB-KLM

TONYA RENEE McDANIEL,

    Plaintiff,

v.

DENVER LENDING GROUP, INC.,
UR FUNDED, LLC,
BAY VIEW LOAN,
CELINK, LLC SERVICING,
DELTA FUNDING CORP,
OCWEN FEDERAL BANK FSB,
HSBC BANK USA, NA,
DENVER PUBLIC TRUSTEE, and
JAGUAR ASSOCIATED GROUP, LLC,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Motion of Defendant Bayview Loan Servicing LLC to Change Scheduling Conference to Status Conference** [Docket No. 21; Filed January 30, 2009] ("Motion No. 21") and **Motion of Defendant Baybiew Loan Servicing LLC for Partial Stay of Proceedings** [Docket No. 22; Filed January 30, 2009] ("Motion No. 22"). Defendant Bayview seeks to convert the Scheduling Conference set in this case to a Status Conference due to Plaintiff's failure to contact any Defendant in advance of the conference and conduct a Rule 26 prescheduling conference or prepare a proposed scheduling order. Defendant Bayview states that all attempts by its representative to contact Plaintiff have been unsuccessful.

    IT IS HEREBY **ORDERED** that Motion No. 21 is **GRANTED**. The Scheduling Conference set for February 5, 2009 at 11:00 a.m. is converted to a Status Conference.

    IT IS HEREBY **ORDERED** that Motion No. 22 is **HELD IN ABEYANCE** and will be addressed at the Status Conference.

    The Court finds Plaintiff's dilatory conduct regarding her failure to participate in the prescheduling conference and prepare the proposed scheduling order to be a direct

violation of my prior Order dated December 9, 2008 [Docket No. 11]. Plaintiff's future noncompliance with my Orders and neglect of her case will result in the Court recommending that her case be dismissed pursuant to Fed. R. Civ. P. 41(b).

This matter is also before the Court on Defendants Ocwen Loan Servicing, LLC and HSBC Bank USA N.A.'s **Motion for Counsel to Appear at February 5, 2009 Scheduling Conference Telephonically** [Docket No. 24; Filed January 30, 2009] ("Motion No. 24").

IT IS HEREBY **ORDERED** that Motion No. 24 is **GRANTED**. On the date and time set for the conference, counsel for Defendants Ocwen and HSBC shall contact Chambers at **(303) 335-2770** to participate.

Dated: February 2, 2009