IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02617-PAB-KLM

TONYA RENEE McDANIEL,

    Plaintiff,

v.

DENVER LENDING GROUP, INC.,
UR FUNDED, LLC,
BAY VIEW LOAN,
CELINK, LLC SERVICING,
DELTA FUNDING CORP,
OCWEN FEDERAL BANK FSB,
HSBC BANK USA, NA,
DENVER PUBLIC TRUSTEE, and
JAGUAR ASSOCIATED GROUP, LLC,

    Defendants.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*. At a status conference held on February 5, 2009, the Court directed Plaintiff to file proofs of service of the summons and complaint upon Defendants that had not entered an appearance in the case [Docket No. 29]. On February 19, 2009, Plaintiff filed several affidavits of service purporting to provide proof that the remaining Defendants had been served with copies of the summons and complaint [Docket No. 34]. However, these proofs of service are ineffectual in several respects. First, the affidavits indicate only that certain parties were served with "interrogatories" rather than the summons and complaint. Second, in the blank for the case number, the number is listed as 08-cv-996, rather than the case number at issue here. While the affidavits also

contain the correct case number, the presence of an unknown case number makes the relevance of these service documents sufficiently unclear.

IT IS HEREBY **ORDERED** that on or before **March 13, 2009**, Plaintiff shall submit proofs of service of the summons and complaint which conform with the requirements of the Federal Rules of Civil Procedure. To aid this process, the Court attaches the District of Colorado's form summons and return of service. Plaintiff is warned that the failure to properly serve a defendant within 120 days of the case's filing may result in dismissal of that defendant. Fed. R. Civ. P. 4(m).

Dated: February 19, 2009

BY THE COURT:
 s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix