IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02617-PAB-KLM

TONYA RENEE McDANIEL,

    Plaintiff,

v.

DENVER LENDING GROUP, INC.,
UR FUNDED, LLC,
BAY VIEW LOAN,
CELINK, LLC SERVICING,
DELTA FUNDING CORP,
OCWEN FEDERAL BANK FSB,
HSBC BANK USA, NA,
DENVER PUBLIC TRUSTEE, and
JAGUAR ASSOCIATED GROUP, LLC,

    Defendants.

_____

# MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

    This matter is before the Court on plaintiff's "Motion to Stop Quite [sic] Cease and Desist Eviction on 2968 Birch Str [sic] Until U.S. District Court Rule" [Docket No. 32] and "Motion Emergency Stay Temporary Restraining [sic] Order" [Docket No. 40]. These motions request essentially the same relief as plaintiff's motion for "U.S. District Court and Vacat [sic] Judgment at the County Court" [Docket No. 30], filed on February 10, 2009 and denied by the Court on February 18, 2009. Plaintiff does not offer any new grounds for the requested relief or suggest any reason why the Court's previous order was in error. Therefore, for the reasons stated in this Court's February 18, 2009 Order [Docket No. 33], plaintiff's current motions are denied. It is

    **ORDERED** that plaintiff's "Motion to Stop Quite [sic] Cease and Desist Eviction on 2968 Birch Str [sic] Until U.S. District Court Rule" [Docket No. 32] and "Motion Emergency Stay Temporary Restraining [sic] Order" [Docket No. 40] are DENIED.

    DATED of February 23, 2009.