IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02617-PAB-KLM

TONYA RENEE McDANIEL,

    Plaintiff,

v.

DENVER LENDING GROUP, INC.,
UR FUNDED, LLC,
BAY VIEW LOAN,
CELINK, LLC SERVICING,
DELTA FUNDING CORP,
OCWEN FEDERAL BANK FSB,
HSBC BANK USA, NA,
DENVER PUBLIC TRUSTEE, and
JAGUAR ASSOCIATED GROUP, LLC,

    Defendants.
_____

## ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion for Extended Time to Service [sic] Proofs of Summons and Complaint** [Docket No. 46; Filed March 11, 2009] and **Motion for Clarification** [Docket No. 47; Filed March 11, 2009] (the "Motions"). On February 19, 2009, the Court issued an Order requiring Plaintiff to file proofs of service on the remaining Defendants which comply with the Federal Rules of Civil Procedure no later than March 13, 2009 [Docket No. 35]. Plaintiff moves for an extension of the time to do so and also seeks clarification of what she is required to served. The Court notes that Plaintiff's complaint has been pending since February 2008 [Docket No. 1-2 at 22-24]. It was originally filed in state court and was removed to this Court on December 2, 2008. As

such, Plaintiff's case has been pending for well over one year without service of process on the majority of the Defendants.

IT IS HEREBY **ORDERED** that on or before **April 13, 2009**, Plaintiff shall file proofs of service of the **Summons** and **First Amended Complaint** [Docket No. 1-2] which conform with the requirements of Federal Rule of Civil Procedure 4. Plaintiff shall also serve a copy of the Notice of Removal [Docket No. 1] with the Summons and First Amended Complaint. As the Court explained to Plaintiff at the Status Conference held on February 5, 2009 [Docket No. 29], the Court cannot give the Plaintiff legal advice. If the Plaintiff continues to represent herself in this litigation, she must <u>read</u> the applicable Federal Rules of Civil Procedure and comply with them. Plaintiff is warned that no further extensions of time will be permitted and her failure to effect service on the remaining Defendants, and evidencing the same, by this deadline will result in the Court recommending that the unserved Defendants be dismissed pursuant to Rule 4(m).

Dated: March 16, 2009

BY THE COURT:
 s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix