IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02617-PAB-KLM

TONYA RENEE McDANIEL,

     Plaintiff,

v.

DENVER LENDING GROUP, INC.,
UR FUNDED, LLC,
BAY VIEW LOAN,
CELINK, LLC SERVICING,
DELTA FUNDING CORP,
OCWEN FEDERAL BANK FSB,
HSBC BANK USA, NA,
DENVER PUBLIC TRUSTEE, and
JAGUAR ASSOCIATED GROUP, LLC,

     Defendants.
_____

### ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION
_____

This matter is before the Court on the Recommendation of United States Magistrate Judge Kristen L. Mix filed on June 2, 2009 [Docket No. 54].  The Recommendation states that objections to the Recommendation must be filed within ten days after its service on the parties.  *See also* 28 U.S.C. § 636(b)(1)(C).  The Recommendation was served on June 2, 2009.  No party has objected to the Recommendation.

The Recommendation was sent to plaintiff at her last known address.  It was returned as undeliverable.  Plaintiff has apparently failed to inform the court of her current mailing address.  She therefore bears responsibility for not receiving a copy of the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate.  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").  In this matter, I have reviewed the Recommendation to satisfy myself that there is "no clear error on the face of the record."[1]  *See* Fed. R. Civ. P. 72(b), Advisory Committee Notes.  Based on this review, I have concluded that the Recommendation is a correct application of the facts and the law.  Accordingly, it is

**ORDERED** as follows:

1.  The Recommendation of United States Magistrate Judge [Docket No. 54] is accepted.

2.  Defendants Ocwen Federal Bank FSB and HSBC Bank USA, NA's Motion to Dismiss [Docket No. 14] is granted.

3.  Defendant Bayview Loan Servicing, LLC's Motion to Dismiss [Docket No. 18] is granted.

4.  Plaintiff's Amended Complaint against Ocwen/HSBC and Bayview is dismissed with prejudice.

---

[1]This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review.  Fed. R. Civ. P. 72(b).

5.  All remaining defendants and claims are dismissed without prejudice

pursuant to Fed. R. Civ. P. 4(m).

DATED June 30, 2009.

BY THE COURT:


s/Philip A. Brimmer _____
PHILIP A. BRIMMER
United States District Judge